## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

SHAUNDA SANDERS and )
MAURICE SANDERS, )
                        )
      Plaintiffs, )
                        )
v. )      CASE NO.
                        )      1:22-cv-03985 SDG
                        )
ELMINGTON PROPERTY )
MANAGEMENT, LLC )
101 DAVENPORT DRIVE HOLDINGS, )
LLC, SHIELD SECURITY )
SOLUTIONS, LLC, SOUTHEAST )
MULTI-FAMILY APARTMENTS, LLC )
AND DAVID DESHONG, )
                        )
      Defendants. )

## SECOND AMENDED COMPLAINT

COMES NOW Plaintiffs, SHAUNDA SANDERS ("Plaintiff S. Sanders")

and MAURICE SANDERS ("Plaintiff M. Sanders") (collectively, Plaintiff S.

Sanders and Plaintiff M. Sanders are referred to herein as "Plaintiffs"), by and

through undersigned counsel, sues Defendants, ELMINGTON PROPERTY

MANAGEMENT, LLC ("Defendant Property Manager") and 101 DAVENPORT

DRIVE HOLDINGS, LLC ("Defendant Owner") (collectively, Defendant

Property Manager and Defendant Owner are referred to herein as the

"Defendants") and SHIELD SECURITY SOLUTIONS LLC ("Defendant Maintenance Company") (collectively, Defendant Property Manager, Defendant Owner, Defendant Asset Owner and Defendant Maintenance Company are referred to herein as the "Defendants") SOUTHEAST MULTI-FAMILY APARTMENTS, LLC (collectively, Defendant Property Manager, Defendant Owner, Defendant Asset Owner and Defendant Maintenance Company are referred to herein as the "Defendants") and state:

## INTRODUCTION

1.      This is a premises liability case occurring on the premises of the apartment complex known as Davenport Condominiums which is located at 101 Davenport Dr., Nashville, TN 37217 (collectively, the entirety of the Davenport Condominiums apartment complex is referred to herein as the "Premises").

## PARTIES

2.      At all times relevant to this Complaint, Plaintiffs resided in an apartment located on the Premises and their specific address was 210 Davenport Dr., Nashville, TN 37217 in Davidson County, TN (Plaintiffs' residential apartment unit is referred to herein as "Plaintiffs' Apartment").

3.      Plaintiffs are citizens of the state of California, located at 4120 North Blythe Ave., Apt. 161, Fresno, CA 93722.

2

4.      Plaintiffs are a married couple.

5.      Defendant Owner, 101 Davenport, is a Tennessee limited liability company whose principal address is 2964 Peachtree Dr. NW #360, Atlanta, GA 30305. Defendant Owner's registered agent for the purposes of service of process is United States Corporation Agents, Inc., which may be served on behalf of Defendant Owner at 4295 Cromwell Rd. # 308, Chattanooga, TN 37421, or wherever it may be found.

6.      Defendant Property Manager, Elmington Property Management, LLC, is a Tennessee limited liability company whose principal address is 118 16th Ave. S #200, Nashville, TN 37203. Defendant Property Manager's registered agent for the purposes of service of process is Brienn Klahn, who may be served on behalf of Defendant Property Manager at 118 16th Ave. S. #200 Nashville, TN 37203, or wherever he may be found.

7.      The Defendant Shield Security Solutions, LLC's registered agent for the purposes of service of process is Robert Bowden, 11463 Cheatham Dam Road, Ashland City, TN 37015, or wherever may be found.

8.      The Defendant Southeast Multi-Family Partners, LLC's registered agent for the purposes of service of process is David Deshong, whose principal address is 2964 Peachtree Street, NW Suite 360, Atlanta, GA 30305, or wherever may be found.

9.    Defendant David Deshong's principal address is 2964 Peachtree Dr. NW #360, Atlanta, GA 30305.

10.    The Defendants were responsible for maintaining the Premises in a reasonably safe condition as the owner, operator, manager, and/or similar service provider at the subject property where the Plaintiff's injuries occurred.

11.    Plaintiffs' cause of action arises in tort under and by virtue of the laws of the State of Tennessee for the damages she sustained as a result of a fall on the Premises in Davidson County, Tennessee.

## JURISDICTION AND VENUE

12.    The Complaint filed in this matter alleges an amount in controversy in excess of $75,000.00.

13.    Venue and jurisdiction are proper in this Court.

## FACTUAL ALLEGATIONS

14.    On or about June 26, 2020, Plaintiff S. Sanders was walking up a set of stairs to Plaintiffs' Apartment, which was located on the third floor of the Premises.

15.    The stairwell leading to Plaintiffs' Apartment was an exterior stairwell leading from the ground level to the third floor, which was the floor on which Plaintiffs' Apartment was located.

16.    The stairwell was the only means of ingress and egress available to

Plaintiffs' Apartment.

17.    The stairs were in disrepair and violated multiple building ordinances and statutes, creating a dangerous and/or defective condition.

18.    As Plaintiff S. Sanders stepped on one of the stairs, it moved, causing the heel of her shoe to become entrapped between the concrete stair and the metal encasing and also causing Plaintiff S. Sanders to loser her balance.

19.    As a result, Plaintiff S. Sanders fell down the stairs to the bottom of the stairwell.

20.    Plaintiff S. Sanders suffered severe and devastating injuries to her person as a result of the fall.

21.    Defendants had actual knowledge that the stairs created a dangerous and/or defective condition, and such knowledge was superior to that of Plaintiffs.

22.    Defendants had actual and constructive notice of the dangerous and/or defective condition of the stairs.

23.    Plaintiff S. Sanders was exercising due care and walking cautiously when the dangerous and/or defective condition of the stairs caused her fall.

24.    Defendants and/or their agents failed to take reasonable steps to provide safe access and ensure safe paths of ingress and egress to Plaintiffs' Apartment.

## DEFENDANTS' ACTS OF NEGLIGENCE AND STATUTORY VIOLATIONS

25.    Defendants were guilty of the following acts of common law negligence; in that they breached the following duties owed to Plaintiffs:

    a.  take reasonable steps to maintain the Premises in a safe condition;

    b.  remedy known dangerous and/or defective conditions on the Premises, despite ample time and opportunity available to do so; and

    c.  provide a clear and safe path to ingress and egress of Plaintiff's Apartment.

26.    Defendants were guilty of negligence *per se*, in that they breached the duties owed to Plaintiffs under statute and life safety code.

## CAUSATION AND DAMAGES

27.  Defendants' negligence and breaches of their duties proximately, directly and in fact caused Plaintiff S. Sanders's fall and the resulting damages sought by Plaintiffs herein.

28.  Defendants' negligence and breaches of their duties proximately, directly and in fact caused Plaintiff M. Sanders to be deprived of the services, companionship, and consortium of his wife, Plaintiff S. Sanders.

29.  As a direct and proximate result of the negligence of the Defendants, Plaintiff S. Sanders suffered serious, disabling, painful, and permanent bodily

injuries causing Plaintiffs to become liable for medical and other expenses and to suffer permanent bodily impairment.

30.    As a direct and proximate result of the Defendants' negligence, Plaintiffs are entitled to damages, including but not limited to the following specific items of damages:

a.  Physical pain, both past and future;

b.  Emotional suffering and grief, both past and future;

c.  Health care expenses, both past and future;

d.  Loss of enjoyment of life;

e.  Lost wages;

f.  Loss of earning capacity;

g.  Loss of consortium;

h.  Permanent impairment;

i.  Partial disability;

j.  Costs of this cause; and

k.  All other general damages and other relief allowed under the substantive laws of the forum state.

## ATTORNEYS FEES

The Plaintiffs re-allege and incorporate by reference all allegations contained in paragraphs 1 through 30 as if fully alleged herein.

31.    Plaintiffs are entitled to an award of attorney's fees pursuant to O.C.G.A. § 13-6-11.

## PUNITIVE DAMAGES

The Plaintiffs re-allege and incorporate by reference all allegations contained in paragraphs 1 through 31 as if fully alleged herein.

32.    Defendants' failure to maintain a safe and habitable living environment coupled with the fact that other residents/contractors have been similarly injured warrant evidence the willful misconduct, wantonness, or the entire want of care which would raise the presumption of conscious indifference to consequences, thereby entitling the Plaintiffs to recover punitive damages to punish and deter the Defendant from similar conduct in the future without punitive damages.

## PRAYER FOR RELIEF

Wherefore, Plaintiffs pray as follows:

1.    For a judgment against the Defendants, jointly and severally, in favor of Plaintiffs for compensatory damages in excess of one million ($1,000,000.00) for the damages described herein suffered by the Plaintiffs as a proximate result of the Defendants' negligence

2.    Judgment be entered in favor of Plaintiffs and against Defendants, for the past, present, general, economic, non-economic and special damages sustained by Shaunda Sanders;

3.    All costs be taxed against the Defendants, including attorney's fees;

4.    The Plaintiffs recover punitive damages in an amount to be determined by the enlightened conscience of a jury be awarded to deter Defendants from repeating said actions in the future; and

5.    Plaintiffs have all other relief as this Court deems just and proper.

This 24th day of January, 2023.

Respectfully submitted,

**BROWN, BARNWELL, P.C.**

*/s/ C. Napoleon Barnwell*
C. Napoleon Barnwell
Georgia Bar No. 728188
Attorney for Plaintiffs

463 Johnny Mercer Blvd.,
B-7, Suite 106
Savannah, GA 31410
T: (912) 303-4066
F: (470) 397-5103
napoleon@brownbarnwell.com

## <u>CERTIFICATE OF COUNSEL</u>

The undersigned hereby certifies that he has prepared the foregoing document

in accordance with LR 5.1, NDGA and LR 7.1, NDGA, by using 14 Times New

Roman as the font contained in this document.

Dated this 24th day of January, 2023.

**BROWN, BARNWELL, P.C.**

*/s/ C. Napoleon Barnwell*
C. Napoleon Barnwell
Georgia Bar No. 728188
Attorney for Plaintiffs

6113 Saratoga Blvd.,
Suite F132
Corpus Christi, TX 78414
T: (843) 422-2057
F: (470) 397-5103
napoleon@brownbarnwell.com

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that he has served opposing counsel with

Plaintiff's Second Amended Complaint through this Court's automated case filing

system.

Jennifer A. Mills
Milj513@nationwide.com

This 24th day of January, 2023.

**BROWN, BARNWELL, P.C.**

*/s/ C. Napoleon Barnwell*
C. Napoleon Barnwell
Georgia Bar No. 728188
Attorney for Plaintiffs

6113 Saratoga Blvd.,
Suite F132
Corpus Christi, TX 78414
T: (843) 422-2057
F: (470) 397-5103
napoleon@brownbarnwell.com